1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  SARKIS ANTONIAN, an individual, | No.: 2:21-cv-03465-JAK (SKx) |
| 11           Plaintiff, | |
| 12      v. | **ORDER RE JOINT STIPULATION TO DISMISS CASE (DKT. 32)** |
| 13  LAFLAME ENTERPRISES, INC., a | |
| 14  Delaware corporation; and DOES 1 through 10, inclusive, | **JS-6** |
| 15 | |
| 16           Defendants. | |

1
2
3
4
5     Based on a review of the Joint Stipulation to Dismiss Case (the "Stipulation" (Dkt. 32)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The Complaint in the above-captioned action is dismissed with prejudice; and the parties will each bear their own costs and attorneys' fees incurred in the action.

6
7     **IT IS SO ORDERED.**

8     Dated: March 30, 2022        By: _____
9                                       John A. Kronstadt
                                        United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28